**Order entered May 16, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-18-01360-CV

---

**JEROME SANDBERG, Appellant**

**V.**

**STMICROELECTRONICS, INC., Appellee**

---

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14938**

---

## ORDER

Before the Court is appellee's May 15, 2019 motion to supplement the clerk's record to include (1) the trial court's April 16, 2018 e-mail correspondence to the parties and (2) Plaintiff's Proposed Jury Questions and Instructions filed on April 27, 2018. We **GRANT** the motion and **ORDER** Felicia Pitre, Dallas County District Clerk, to file, by **May 24, 2019**, a supplemental clerk's record containing the requested documents. If the requested e-mail correspondence is not available for inclusion in a supplemental clerk's record, Ms. Pitre shall state such fact in writing.

Also before the Court is appellee's May 15, 2019 unopposed motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **June 25, 2019**.

/s/     KEN MOLBERG
        JUSTICE